IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**CHEEL D. BAKER**                                                                                    **PLAINTIFF**

v.                             **CASE NO. 2:23-CV-00066-BSM**

**SOCIAL SECURITY ADMINISTRATION**
**Kilolo Kijakazi, Acting Commissioner**                                         **DEFENDANT**

## ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 15] is adopted. The commissioner's final decision is affirmed and Cheel Baker's complaint is dismissed with prejudice.

IT IS SO ORDERED this 1st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE