IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

CHEEL D. BAKER                                                                                          PLAINTIFF

v.                                    CASE NO. 2:23-CV-00066-BSM

SOCIAL SECURITY ADMINISTRATION
Kilolo Kijakazi, Acting Commissioner                                                   DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 1st day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE